# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2014

148117

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LAKEVIEW COMMUNITY SCHOOLS,
     Respondent-Appellee,

v

LAKEVIEW EDUCATIONAL SUPPORT
PERSONNEL ASSOCIATION, MEA/NEA,
     Charging Party-Appellant.

SC: 148117
COA: 304342
MERC: 10-000059

_____/

On order of the Court, the application for leave to appeal the October 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and MCCORMACK, JJ., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2014



t0429

Clerk